**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mohana Kumari** | Social Security number or ITIN   **xxx–xx–2772** |
| | First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number: | **11–17035–MBK** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mohana Kumari

8/30/16

**By the court:**   Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 11-17035-MBK
Mohana Kumari                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 30, 2016
                              Form ID: 3180W           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db          +Mohana Kumari,   129 Forest Drive,   Piscataway, NJ 08854-2273
cr          +CitiMortgage, Inc. s/b/m/t ABN AMRO Mortgage Group,   Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
r           +ReMax Diamond Realtors,   Attn: Bonnie Beresford,   1199 Amboy Avenue,   Edison, NJ 08837-2552
511747266   +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
511747267   +Affiliated Foot & Ankle Center LLP,   4645 Highway 9 North,   Howell, NJ 07731-3324
513478495   +Bank of America,    PROBER & RAPHAEL, A LAW CORPORATION,   20750 Ventura Boulevard, Suite 100,
              Woodland Hills, California 91364-6207
513552623   +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corp.,   P.O. Box 4365,
              Woodland Hills, CA 91365-4365
511747270   +CBE Group,   131 Tower Park Drive  Suite 100,   P.O. Box 2547,   Waterloo, IA 50704-2547
511747269   #+Cbe Group,   131 Tower Park Dri,   Waterloo, IA 50701-9374
511951283    CitiMortgage, Inc. s/b/m/t ABN AMRO Mortgage Group,   PO Box 6941,   The Lakes, NV 88901 6941
511747274    Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
511747275   +Experian,   P.O. Box 19719,   Irvine, CA 92623-9719
511747276   +Faloni & Associates, LLC,   165 Passaic Ave.,   Suite 301B,   Fairfield, NJ 07004-3592
515463206   +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
515513582   +PennyMac Loan Services, LLC,   6101 Condor Drive,   Suite 310,   Moorpark, CA 93021-2602
515513583   +PennyMac Loan Services, LLC,   6101 Condor Drive,   Suite 310,   Moorpark, CA 93021,
              PennyMac Loan Services, LLC,   6101 Condor Drive 93021-2602
511747277   +Phelan Hallinan Schmieg,   400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437
511747278   +TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022-2000
511747279   +United Collection Bureau, Inc.,   5620 Southwyck Blvd Suite 206,   Toledo, OH 43614-1501
511747281   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)
511747282   +Zucker, Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,   Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:05     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
511747268   +EDI: BANKAMER.COM Aug 30 2016 23:04:00     Bac Home Loans Servici,   450 American St,
              Simi Valley, CA 93065-6285
511747272    EDI: CITICORP.COM Aug 30 2016 23:04:00     Citibank Sd, Na,   Attn: Centralized Bankruptcy,
              Po Box 20507,   Kansas City, MO 64195
511747271   +EDI: CHASE.COM Aug 30 2016 23:04:00     Chase,   201 N. Walnut St//De1-1027,
              Wilmington, DE 19801-2920
511920022    EDI: CHASE.COM Aug 30 2016 23:04:00     Chase Bank USA, N.A.,   PO Box 15145,
              Wilmington, DE 19850-5145
511747273    EDI: DIRECTV.COM Aug 30 2016 23:05:00     Direct T.V.,   P.O. Box 78626,   Phoenix, AZ 85062
511770827    EDI: DISCOVER.COM Aug 30 2016 23:04:00     Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
514980554    EDI: PRA.COM Aug 30 2016 23:03:00     Portfolio Recovery Associates, LLC,
              c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
512176236    EDI: PRA.COM Aug 30 2016 23:03:00     Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
              Norfolk, VA 23541
511747280   +EDI: WFFC.COM Aug 30 2016 23:04:00     Wells Fargo Bank Nv Na,   P O Box 31557,
              Billings, MT 59107-1557
511784555    EDI: WFFC.COM Aug 30 2016 23:04:00     Wells Fargo Bank, N.A.,   Home Equity Group,
              X2303-01A - 1 Home Campus,   Des Moines, IA 50328-0001
512080367    EDI: ECAST.COM Aug 30 2016 23:04:00     eCAST Settlement Corporation assignee of Citibank,
              (South Dakota) NA,   POB 29262,   New York NY 10087-9262
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
511860374      Bank of America, National Association c/o Zucker G
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3            User: admin                 Page 2 of 2            Date Rcvd: Aug 30, 2016
                                Form ID: 3180W              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Bank of America, National    Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Bank of America, National Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jaimie B. Finberg     on behalf of Creditor    CitiMortgage, Inc. s/b/m/t ABN AMRO Mortgage Group,
               Inc. nj.bkecf@fedphe.com,    erika.olsen@fedphe.com
              Jennifer    Novick     on behalf of Creditor    CitiMortgage, Inc. s/b/m/t ABN AMRO Mortgage Group,
               Inc. nj.bkecf@fedphe.com,    Erika.olsen@fedphe.com
              John Philip Schneider     on behalf of Creditor    PennyMac Loan Services, LLC nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Justin M Gillman    on behalf of Debtor Mohana    Kumari abgillman@optonline.net
              Robert P. Saltzman    on behalf of Creditor    Bank of America, National    Association dnj@pbslaw.org
              Warren S. Jones, Jr.    on behalf of Creditor    Bank of America, National    Association
               wsjonesesq@verizon.net,    bestcasewsj@gmail.com
              Warren S. Jones, Jr.    on behalf of Creditor    WELLS FARGO BANK, N.A. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
              Warren S. Jones, Jr.    on behalf of Creditor    Bank of America, National Association
               wsjonesesq@verizon.net,    bestcasewsj@gmail.com
                                                                                        TOTAL: 14
```